**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES R. PICKENS**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:15-CV-00433 BSM**

**CAROLYN W. COLVIN,**                                                                      **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## ORDER

The recommended disposition [Doc. No. 12] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. Plaintiff James Pickens has filed no objections. After careful consideration, the recommended disposition is adopted in its entirety. Accordingly, the commissioner's decision is affirmed, and Pickens's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE